UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:10-00007 |
| | ) | JUDGE CAMPBELL |
| CHARLES MIKAN HARRIS, et al. | ) | |

ORDER

Pending before the Court is the United States' Motion To Unseal Plea Agreements (Docket No. 166). Through the Motion, the Government seeks to unseal the plea agreements for the Defendants in this case in order to provide copies to the victims.

The Motion is GRANTED in part, and DENIED in part. The Government may provide copies of the plea agreements to the victims. The sealed documents, however, shall remain sealed on the docket.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE